# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:17-cr-99-Orl-18GJK

**LUIS RIOS**  AUSA: Sean Shecter
Defense Atty.: Tom Dale

| U.S. MAGISTRATE JUDGE | **Gregory J. Kelly** | DATE/TIME | July 25, 2017 3:03-3:26 = 23 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | digital |
| INTERPRETER | n/a | PTS/PROB: | n/a |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Dft is a U.S. citizen
Dft advised of charge
Dft advised of penalties
Dft advised of sentence guidelines
Dft objects to the criminal history referred to in the factual basis that is contained in the Notice of Maximum Penalty
Dft advised of presentence investigation report
Dft advised of waiver of right to appeal sentence
Dft advised of waiver of right to withdraw guilty plea
Dft advised of his right to trial
Dft pleads guilty to count one of the indictment
Court accepts plea enters report and recommendation
All pending motions are denied as moot