UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:17-cr-99-Orl-18GJK

**LUIS RIOS**

AUSA: Sean Shector

Defense Attorney: Thomas Dale, Criminal Justice Act

| Judge: | **G. KENDALL SHARP** US District Judge | Date and Time: Total Time: | **November 15, 2017 @** 9:00 A.M. – 9:22 A.M. 22 minutes |
|---|---|---|---|
| Deputy Clerk: | Anita Justin | Reporter: | Amie First amiefirst.courtreporter@gmail.com |
| Interpreter: | N/A | Probation: | Troy Dennis |

## Clerk's Minutes
## Sentencing

Court **STRIKES** Government's Amended Notice of Maximum Penalties (Doc. No. 51) as stated in open court.

Court sentences Defendant as to Count 1 of Indictment:

    Incarceration:   101 months
    Supervised release: 3 years
    Special Assessment: $100.00
    Appeal rights given